IN THE CIRCUIT COURT OF SAINT LOUIS CITY
STATE OF MISSOURI

| | |
|---|---|
| CHARLES HOWARD, JR., | ) |
| | ) |
| Plaintiff, | ) Cause No. |
| | ) |
| v. | ) Division No. |
| | ) |
| BIPAN RAJA, | ) **JURY TRIAL DEMANDED** |
| **Serve: 657 East 6th Street** | ) |
| **Stockton, CA 95206** | ) |
| | ) |
| and | ) |
| | ) |
| ANU RAJA TRUCKING, | ) |
| **Serve: Bipan Raja, Owner** | ) |
| **657 East 6th Street** | ) |
| **Stockton, CA 95206** | ) |
| | ) |
| Defendants. | ) |

### PETITION

COMES NOW Plaintiff Charles Howard, Jr., through counsel, for his cause of action against Defendant Bipan Raja and Defendant Anu Raja Trucking, states as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1. Plaintiff Charles Howard, Jr. is a resident of the State of Kentucky.

2. Defendant Bipan Raja is a resident of the State of California.

3. Defendant Anu Raja Trucking ("ART") is a foreign corporation, with a principal place of business in Stockton, California.

4. Interstate 44 at or near its intersection with Martin Luther King Bridge, is an open and public thoroughfare located in St. Louis City, State of Missouri.

5. At all times relevant, including February 20, 2022, Defendant Bipan Raja was an employee, agent, and/or servant of Defendant ART and was acting for the benefit of and within the scope of his employment with Defendant ART.

Electronically Filed - City of St. Louis - March 03, 2022 - 01:30 PM

6. On or about February 20, 2022, Plaintiff Charles Howard, Jr. was operating his motor vehicle in a southerly direction on Interstate 44, at or near its intersection with Martin Luther King Bridge.

7. At the above-mentioned time and place, Defendant Bipan Raja operated his motor vehicle in a southerly direction on Interstate 44, at or near its intersection with Martin Luther King Bridge, when he collided with Plaintiff Howard's vehicle, causing Plaintiff Howard injury and damage.

## COUNT I
## NEGLIGENCE

COMES NOW Plaintiff Charles Howard, Jr., through counsel, for Count I of his cause of action against Defendant Bipan Raja, and states as follows:

8. Plaintiff Howard restates and incorporates by reference the allegations contained in paragraphs 1-7 above as if more fully set forth herein.

9. At the above-mentioned time and place, Defendant Raja, as the operator of a motor vehicle, had the duty to exercise the highest degree of care for the safety of other persons upon the roadway, and was careless and negligent in one or more of the following respects:

   a. Defendant Raja failed to maintain control of his vehicle;

   b. Defendant Raja failed to keep a careful lookout;

   c. Defendant Raja failed to operate his vehicle in a careful and prudent manner;

   d. Defendant Raja failed to yield the right-of-way to Plaintiff's vehicle;

   e. Defendant Raja made an improper lane charge;

   f. Defendant Raja failed to stop, slow, slacken his speed, sound his horn and/or swerve to avoid colliding with another vehicle when Defendant knew or should have known there was danger of a collision; and

   g. Defendant Raja struck Plaintiff Howard's vehicle.

10. As a direct and proximate result of Defendant Raja's carelessness and negligence as detailed above, Plaintiff Howard was injured and damaged; Plaintiff sustained injuries to his head, neck, back, arms, and legs; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor and enjoy life has and will be impaired, all to his detriment and damage.

11. As a direct and proximate result of Defendant Raja's carelessness and negligence, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future; Plaintiff lost wages and may lose wages in the future.

**WHEREFORE,** Plaintiff Charles Howard, Jr. respectfully prays for judgment against Defendant Bipan Raja in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus costs incurred herein and for such other orders as this Court deem just under the circumstances.

## COUNT II
## NEGLIGENCE – RESPONDEAT SUPERIOR

COMES NOW Plaintiff Charles Howard, Jr., through counsel, for Count II of his cause of action against Defendant Anu Raja Trucking, and states as follows:

12. Plaintiff Howard restates and incorporates by reference the allegations contained in paragraphs 1-7 above as if more fully set forth herein.

13. At all relevant times, Defendant Bipan Raja was an employee, agent, and/or servant of Defendant ART and was acting for the benefit of and within the scope of his employment with Defendant ART.

14. At the above-mentioned time and place, Defendant ART, by and through its employee, agent, and/or servant Bipan Raja, as the operator of a motor vehicle, had the duty to exercise the highest degree of care for the safety of other persons upon the roadway, and was careless and negligent in one or more of the following respects:

Electronically Filed - City of St. Louis - March 03, 2022 - 01:30 PM

   a. Defendant ART, by and through its employee, agent, and/or servant Bipan Raja, failed to maintain control of its vehicle;

   b. Defendant ART, by and through its employee, agent, and/or servant Bipan Raja, failed to keep a careful lookout;

   c. Defendant ART, by and through its employee, agent, and/or servant Bipan Raja, failed to operate its vehicle in a careful and prudent manner;

   d. Defendant ART, by and through its employee, agent, and/or servant Bipan Raja, failed to yield the right-of-way to Plaintiff's vehicle;

   e. Defendant ART, by and through its employee, agent, and/or servant Bipan Raja, made an improper lane change;

   f. Defendant ART, by and through its employee, agent, and/or servant Bipan Raja, failed to stop, slow, slacken his speed, sound his horn and/or swerve to avoid colliding with another vehicle when Defendant knew or should have known there was danger of a collision; and

   g. Defendant Raja struck Plaintiff Howard's vehicle.

15. As a direct and proximate result of Defendant ART's carelessness and negligence as detailed above, Plaintiff Howard was injured and damaged; Plaintiff sustained injuries to his head, neck, back, arms, and legs; Plaintiff required treatment and will require treatment in the future; Plaintiff's ability to work, labor and enjoy life has and will be impaired, all to his detriment and damage.

16. As a direct and proximate result of Defendant ART's carelessness and negligence, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future; Plaintiff lost wages and may lose wages in the future.

   **WHEREFORE,** Plaintiff Charles Howard, Jr. respectfully prays for judgment against Defendant Anu Raja Trucking in an amount that is fair and reasonable in excess of Twenty-Five Thousand Dollars **($25,000.00),** plus costs incurred herein and for such other orders as this Court deem just under the circumstances.

Electronically Filed - City of St. Louis - March 03, 2022 - 01:30 PM

**HOLLAND INJURY LAW, LLC**


_/s/ William K. Holland_
**WILLIAM KING HOLLAND #40399**
wholland@whollandinjurylaw.com
**JOHN H. MOFFITT, III  #66091**
jmoffitt@whollandinjurylaw.com
**130 S. Bemiston Ave., Ste. 706**
**Clayton, MO 63105**
**(314) 888-7888 – Office**
**(314) 833-3994 – Fax**
**Attorneys for Plaintiff**

5