UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES HOWARD, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 4:23-CV-225 RLW |
| BIPAN RAJA and ANU RAJA TRUCKING, | ) |
| Defendants. | ) |

## ORDER

In accordance with the parties' Stipulation for Dismissal (ECF No. 22),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter **with** prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Each party shall bear their own costs.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 4th day of October, 2023.